[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14896
Non-Argument Calendar

_____

D.C. Docket No. 1:14-cr-00012-MW-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROMON MANDEL THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 22, 2015)

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Jennifer Anne Hart, appointed counsel for Romon

Mandel Thomas in this direct criminal appeal, have moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsels's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels's motion to withdraw is **GRANTED**, and Thomas's conviction and sentence are **AFFIRMED**.